```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11516
    SERGIO A SALAZAR
    MARTHA SALAZAR                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-8575    SSN XXX-XX-4098
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/14/06 and confirmed on 12/07/06.

    2.  The case was converted to Chapter 7 after confirmation, 06/26/2008.

    3.  The Debtor paid a total of $ 16380.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| POPULAR BANK | CURRENT MORTG | .00 | .00 | .00 |
| POPULAR BANK | MORTGAGE ARRE | 5007.30 | .00 | 5007.30 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 1917.00 | .00 | 1800.66 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 1434.73 | .00 | 1434.73 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 2378.64 | .00 | 1801.02 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4054.14 | .00 | 308.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5673.01 | .00 | 431.79 |
| DISCOVER BANK | UNSECURED | 11259.24 | .00 | 856.98 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11289.73 | .00 | 859.29 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5572.76 | .00 | 424.16 |
| SCOTT D POLLOCK & ASSOC | UNSECURED | 3178.68 | .00 | 241.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 246.95 | .00 | 17.10 |

           Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10737.67 | .00 | 41274.51 | .00 | 52012.18 |
| PRINCIPAL PAID | 10043.71 | .00 | 3139.82 | .00 | 13183.53 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10043.71 | .00 | 3139.82 | .00 | 13183.53 |

The Debtor's attorney, RICHARD S BASS                , was allowed $   2800.00
and was paid $    326.00  direct and $   2474.00  through the plan.

The Trustee received $    722.47 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 09/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 06 B 11516 SERGIO A SALAZAR & MARTHA SALAZAR